**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FRANCISCO ALONSO PORTILLO-CANO, | No. 09-70207 |
| Petitioner, | Agency No. A075-459-571 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 14, 2010[**]

Before:    GOODWIN, WALLACE, and W. FLETCHER, Circuit Judges.

Francisco Alonso Portillo-Cano, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's ("IJ") removal order. We have jurisdiction under

8 U.S.C. § 1252. We review de novo claims of due process violations, including

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

claims of ineffective assistance of counsel, *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005), and we deny the petition for review.

The BIA did not err in concluding that Portillo-Cano had not shown he was prejudiced by his prior attorneys' failure to respond to the government's motion to pretermit where he failed to establish that a response may have affected the outcome of his removal proceeding. *See Iturribarria v. INS*, 321 F.3d 889, 899-900 (9th Cir. 2003).

Because Portillo-Cano failed to raise his contention that the IJ erred in issuing a summary decision on appeal to the BIA, we lack jurisdiction to review it. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004).

In light of our disposition, we need not reach Portillo-Cano's remaining contention.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**